IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | : | CIVIL ACTION NO. 05-CV-2752 |
| Plaintiff, | : | |
| v. | : | |
| LEARN THE SKILLS CORP., et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion to Conduct Jurisdictional Discovery, and any response and reply thereto, it is hereby ORDERED that Plaintiff's Motion to Conduct Jurisdictional Discovery is hereby DENIED.

BY THE COURT:

_____
Harvey Bartle, III, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | : | CIVIL ACTION NO. 05-CV-2752 |
| Plaintiff, | : | |
| v. | : | |
| LEARN THE SKILLS CORP., et al., | : | |
| Defendants. | : | |

**DEFENDANT PAUL ROSS' OPPOSITION TO PLAINTIFF'S MOTION
TO CONDUCT JURISDICTIONAL DISCOVERY**

Defendant Paul Ross joins in Defendant Learn the Skills Corp.'s Opposition to the Plaintiff's Motion to Conduct Jurisdictional Discovery and reserves his right to file a motion to limit the scope of discovery should this court grant the Plaintiff's request for jurisdictional discovery.

                                            BUCHANAN INGERSOLL PC
                                            Respectfully submitted,

                                   By: /s/ Mary Kay Brown
                                         Mary Kay Brown
                                         Shernese V. Woodbine
                                         Pa. I.D. Nos. 54327 and 91209
                                         1835 Market Street, 14th Floor
                                         Philadelphia, PA 19103
                                         (215) 665-3671

                                         Attorneys for Defendant Paul Ross

Dated: December 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2005, I caused the foregoing Defendant Paul Ross' Opposition to the Plaintiff's Motion to Conduct Jurisdictional Discovery, to be served by first-class U.S. mail, postage prepaid, upon the following:

Gordon Roy Parker, *pro se* Plaintiff
4247 Locust Street, #806
Philadelphia, PA 19104

Dennis G. Young, Jr., Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Matthew S. Wolf, Esquire, *pro se* Defendant
241 Kings Highway East
Haddonfield, NJ  08033


/s/ Mary Kay Brown
Mary Kay Brown

#742376-v2