

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER,          :          CIVIL ACTION NO. 05-CV-2752
Plaintiff,                  :
                            :
                            :
v.                          :
                            :
LEARN THE SKILLS CORP., et al., :
Defendants.

**FILED**

JAN 2 3 2006

MICHAEL E. KUNZ, Clerk
                    Dep. Clerk
By

## DEFENDANT THOMAS GEIGER'S OPPOSITION TO PLAINTIFF'S MOTION TO CONDUCT JURISDICTIONAL DISCOVERY

Defendant Thomas Geiger joins in Defendant Learn the Skills Corp.'s Opposition to the

Plaintiff's Motion to Conduct Jurisdictional Discovery and reserves his right to file a

motion to limit the scope of discovery should this court grant the Plaintiff's request for

jurisdictional discovery.

Respectfully submitted,


Thomas Geiger
Defendant Pro se
817 N. McCrary Rd.
Columbus, MS. 39702
(662) 328-3630
19th day of January 2006

**CERTIFICATE OF SERVICE**

I, _____, hereby certify that on this 19th day of January

2006, I caused the foregoing Defendant Thomas Geiger's Opposition to the Plaintiff's

Motion to Conduct Jurisdictional Discovery, to be served by first-class U.S. mail, postage

prepaid, upon the following:


Gordon Roy Parker, *pro se* Plaintiff
4247 Locust Street, #806
Philadelphia, PA 19104

Dennis G. Young, Jr., Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Matthew S. Wolf, Esquire, *pro se* Defendant
241 Kings Highway East
Haddonfield, NJ 08033

Mary Kay Brown
Shernese V. Woodbine
Pa. I.D. Nos. 54327 and 91209
1835 Market Street, 14th Floor
Philadelphia, PA 19103