Original - Clerk

42



# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**, 4247 Locust Street, #806 Philadelphia, PA 19104 | : : : : | |
| FILED Plaintiff, | : : | **CASE NO.: 05-cv-2752** |
| v. MAR 28 2006 | : : | |
| **Learn The Skills Corp.**, et al. MICH... ...Z, Clerk by MAC ...p. Clerk Defendants. | : : : : | **Hon. Harvey Bartle, III** |

## PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO RULE 58(d)

TO THE CLERK:

**Plaintiff** Gordon Roy Parker, in the above-styled action, requests that the Clerk prepare and set forth judgment in the above-styled action on a separate document, in accordance with this Court's dismissal of all claims in this case, pursuant to Federal Rule of Civil Procedure 58(d).

This the 28th day of March, 2005.

Gordon Roy Parker
Gordon Roy Parker
Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
GordonRoyParker@aol.com

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**



| | | |
|---|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group,** 4247 Locust Street, #806 Philadelphia, PA 19104 | : : : : : | MAR 28 2006 MICHAEL E. KUNZ, Clerk By ____ Dep. Clerk |
| Plaintiff, | : | **CASE NO.: 05-cv-2752** |
| v. | : : | |
| **Learn The Skills Corp.**, et al. | : : | **Hon. Harvey Bartle, III** |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, hereby certify that I have served the foregoing **Request For**

**Judgment On A Separate Document** on the following Defendants, by the following means:

| | | |
|---|---|---|
| **Trustees of the Univ. of PA** Dennis G. Young (Counsel) Montgomery, McCracken, Walker & Rhoads 123 South Broad Street, 28th Fl. Philadelphia PA 19109 **Regular Mail** | Mary Kay Brown Buchanan Ingersoll, PC 1835 Market Street, 14th Floor Philadelphia, PA 19103 Attorney For Paul Ross **Regular Mail** | Matthew S. Wolf, Esq. 241 Kings Highway East Haddonfield, NJ 08033 Attorney For LTSC & Defendant **Regular Mail** |
| Thom E. Geiger (Pro Se) 817 North McCrary Road Columbus, MS 39702-4320 **Regular Mail** | Formhandle@fastseduction.com (Pro Se) Learn The Skills Corp. 955 Massachusetts Ave, #350 Cambridge, MA 02139 **Regular Mail** | |

This the 28th day of March, 2006.

*Gordon Roy Parker*
Gordon Roy Parker, Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
GordonRoyParker@aol.com