```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER            :       CIVIL ACTION
a/k/a RAY GORDON,            :
d/b/a SNODGRASS PUBLISHING   :
GROUP                        :
                             :
          v.                 :
                             :
LEARN THE SKILLS CORP.,      :
et al.                       :       NO. 05-2752
```

ORDER

AND NOW, this 30th day of March, 2006, upon the request of plaintiff pursuant to Rule 58(d) of the Federal Rules of Civil Procedure for entry of judgment on a separate document, it is hereby ORDERED, to the extent that the court has not already complied with Rule 58(a)(1), that:

Judgment is entered in favor of defendants Trustees of the University of Pennsylvania, Learn the Skills Corporation, Formhandle@Fastseduction.com, Paul J. Ross, Matthew S. Wolf, and Thomas E. Geiger and against plaintiff Gordon Roy Parker.

BY THE COURT:


/s/ Harvey Bartle, III
                                                            C.J.