

STORE HOME   FS101 HOME   VIEW CART   CONTACT US

**Categories**

The Fast Seduction 101 Store :: Help zone

DVDs
CDs
Books
Merchandise

**Your cart**

Cart is empty

View cart
Checkout

# Help zone

Terms & Conditions

**Authentication**

Username

Password

Log in  Go
Register  Go

Recover password

*If Javascript is disabled in your browser click here*

## Terms and Conditions

Welcome to our store, the Fast Seduction 101 Super Store (hereafter referred to as "Store"). We provide our services to you subject to the following conditions. **If you visit or shop at our Store, you accept these conditions.** Please read them carefully.

**ACCESS**

By accessing the Store, you are stating that you are at least 18 years of age or, if less than 18, that you have explicit consent from your parent or guardian to access the Store and associated content.

You further agree that you will not send spam email to any email found on this website, nor will you attempt to abuse, interfere with the normal operation of this website, or in any other way attempt actions harmful to its operator or its affiliates.

**PRIVACY**

Please review our Privacy Notice, which also governs your visit to our store, to understand our practices.

**COPYRIGHT**

All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Learn The Skills Corp or its content suppliers and is protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of Learn The Skills Corp and protected by U.S. and international copyright laws. All software used on this site is the property of Learn The Skills Corp or its software suppliers and protected by United States and international copyright laws.

**ELECTRONIC COMMUNICATIONS**

When you visit our store or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy

**Help**

Contact us
Privacy statement
Terms & Conditions
Return Policy

any legal requirement that such communications be in writing.

**SHIPMENT AND PURCHASE RESTRICTIONS**

Products sold on the Store currently will not be sold or shipped to residents of Pennsylvania. We apologize for this inconvenience and our policy on this may change at a later time. Please check back regularly.

**TRADEMARKS**

THE ART OF THE PICKUP, FAST SEDUCTION 101, FAST SEDUCTION, FS101, FASTSEDUCTION.COM and other Fastseduction.com graphics, logos, page headers, button icons, scripts, and service names are trademarks, registered trademarks or trade dress of Learn The Skills Corp or its affiliates in the U.S. and/or other countries. These trademarks and trade dress may not be used in connection with any product or service that is not owned by Learn The Skills Corp, or in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Learn The Skills Corp or Fastseduction.com or affiliates. All other trademarks not owned by Learn The Skills Corp or its affiliates that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Learn The Skills Corp or its affiliates.

**LICENSE AND SITE ACCESS**

Learn The Skills Corp grants you a limited license to access and make personal use of this site and not to download (other than page caching) or modify it, or any portion of it, except with express written consent of Learn The Skills Corp. This license does not include any resale or commercial use of this site or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of this site or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Learn The Skills Corp. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Learn The Skills Corp and our affiliates without express written consent. You may not use meta tags or any other "hidden text" utilizing any name or trademark in use by Learn The Skills Corp without the express written consent of Learn The Skills Corp. Any unauthorized use terminates the permission or license we may have granted you and may also expose you to possible legal action by us.

**RISK OF LOSS**

All items purchased from the Store are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**PRODUCT DESCRIPTIONS**

Learn The Skills Corp and its affiliates attempt to be as accurate as possible. However, Learn The Skills Corp does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error-free. If a product offered by Learn The Skills Corp itself is not as described, your sole remedy is to return it in unused condition pursuant to our

return policy which can be found in our Store.

**DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY**

THIS SITE IS PROVIDED BY LEARN THE SKILLS CORP ON AN "AS IS" AND "AS AVAILABLE" BASIS. LEARN THE SKILLS CORP MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, LEARN THE SKILLS CORP DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. LEARN THE SKILLS CORP DOES NOT WARRANT THAT THIS SITE, ITS SERVERS, OR E-MAIL SENT FROM LEARN THE SKILLS CORP ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. LEARN THE SKILLS CORP WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**APPLICABLE LAW**

By visiting the Store, you agree that the laws of the state of Massachusetts, and Federal laws of the United States of America, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Learn The Skills Corp or its affiliates.

**OUR ADDRESS**

Learn The Skills Corp
955 Massachusetts Ave. #350
Cambridge, MA 02139

Copyright © 2005-2006 The Fast Seduction 101 Store