```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER              :      CIVIL ACTION
a/k/a RAY GORDON,              :
d/b/a SNODGRASS PUBLISHING     :
GROUP                          :
                               :
          v.                   :
                               :
LEARN THE SKILLS CORP.,        :
et al.                         :      NO. 05-2752
```

ORDER

AND NOW, this 31st day of August, 2006, it is hereby ORDERED that:

(1)  the motion for reconsideration of plaintiff Gordon Roy Parker (Doc. No. 59) is DENIED; and

(2)  the cross-motion for sanctions of defendant Learn the Skills Corporation (Doc. No. 60) is DENIED without prejudice.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    C.J.